FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00445-CV

**IN THE INTEREST OF H.N.G., R.S.G., R.A.T., AND J.M.T.**, Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00671
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on August 18, 2022, but has not been filed. We ORDER appellant's attorney to file appellant's brief on or before **October 3, 2022.** If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

It is so **ORDERED** on September 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT